US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: _12/15/15_

TIME SPENT: _____

DOCKET NO. _15 CV 5150_____

CASE: _Gatteson v. City_____

✓ INITIAL CONFERENCE     ✓ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE     _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE     _____ TELEPHONE CONFERENCE
_____ MOTION HEARING     _____ ORAL ARGUMENT

MANDATORY DISCLOSURE :

✓ _____ COMPLETED     _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

_____

FOR DEFENDANT: _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____     DEF. TO SERVE PL. BY:_____

RULINGS: Schedule set - see attached

Parties to respond to written discovery within 30 days

Settlement conf. 2/24 at 1200

## INITIAL CONFERENCE QUESTIONNAIRE

1.  Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: *Completed*

2.  If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) *N/A* and defendant(s) *N/A*

3.  Number of depositions by plaintiff(s) of:   parties *2-4* non-parties *2-6*

4.  Number of depositions by defendant(s) of:   parties *1* non-parties *2-6*

5.  Date for completion of factual discovery: *6/17/16*

6.  Number of expert witnesses of plaintiff(s) *N/A* medical *0-1* non-medical
    Date for expert report(s): *(VA) 7/19/16*

7.  Number of expert witnesses of defendant(s) *N/A* medical *0-1* non-medical
    Date for expert report(s): *8/19/16*

8.  Date for completion of expert discovery: *9/2/16*

9.  Time for amendment of the pleadings by plaintiff(s) *45 days* or by defendant(s) *N/A*

10. Number of proposed additional parties to be joined by plaintiff(s) *1-3* and by defendant(s) *N/A* and time for completion of joinder: *45 days*

11. Types of contemplated dispositive motions:   plaintiff(s): *S.J.*
                                                  defendant(s): *S.J.*

12. Dates for filing contemplated dispositive motions:   plaintiff(s): *30 days after fact discovery*
                                                         defendant(s): *30 days after fact discovery*

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. *NO*

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference. *NO*

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) Yes ___ No *✓*

---

* The fillable consent form may be found at
http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.