US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 7/12/16

TIME SPENT: _____

DOCKET NO. 15 CV 5150

CASE: Gatteson v City

\_\_\_\_\_ INITIAL CONFERENCE          \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE         \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE        \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING               \_\_\_\_\_ ORAL ARGUMENT

MANDATORY DISCLOSURE:

\_\_\_\_\_ COMPLETED                    \_\_\_\_\_ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Case settled
Stip due 30 day