

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KARL J. ASHANTI<br>Senior Counsel<br>Phone: (212) 356-2371<br>Fax: (212) 788-9776<br>kashanti@law.nyc.gov |

July 22, 2016

**BY ECF**
Honorable Frederic Block
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Michael Gattison v. City of New York, et al.
                 15 CV 5150 (FB)(CLP)

Your Honor:

        I represent the defendants in the above-referenced matter. For Your Honor's approval and signature, enclosed please find a Stipulation & Order of Dismissal which has the signatures of all parties.

        The parties thank the Court for its time and consideration in this matter.

                                   Respectfully submitted,

                                    /S

                                  Karl J. Ashanti, Esq.

cc:    Gabriel Harvis, Esq. (by ECF)